NUMBER 13-01-003-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

________________________________________________________________



JEFFREY COLLIER , Appellant,



v.




TEXAS DEPARTMENT OF CRIMINAL JUSTICE - 

INSTITUTIONAL DIVISION , Appellee.

________________________________________________________________



On appeal from the 156th District Court

of Bee County, Texas.

________________________________________________________________



MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza

Opinion Per Curiam



 Appellant, JEFFREY COLLIER , filed a notice of appeal from a judgment entered by the 156th District Court of Bee
County, Texas, in cause number B-00-1195-0-CV-B . Appellant has filed a motion to dismiss the appeal. In the motion,
appellant requests that this Court dismiss the appeal.

 The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the
motion should be granted. Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED.

PER CURIAM

Opinion delivered and filed this

the 6th day of March, 2003 .